**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eddie Lamanquil SMITH,**
**Defendant–Appellant.**

**No. 13–14546**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 4, 2014.

Adam W. Overstreet, Kenyen Ray Brown, George F. May, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Eddie Lamanquil Smith, Fci Beaumont Low, Beaumont, TX, Latisha Vanese Colvin, Kristen Gartman Rogers, Carlos Alfredo Williams, Federal Defender's Office, Mobile, AL, for Defendant–Appellant.

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Kristen G. Rogers, appointed counsel for Eddie Lamanquil Smith in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and Smith's conviction and sentence are **AFFIRMED.**